■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LESTER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered May 24, 1971, which denied the application, after a hearing. Order affirmed. The only viable objection to the judgment sought to be vacated was defendant's contention that the sentence was excessive. We have reviewed defendant's history as

it is set forth in his probation report and the record herein and, if he were to raise this claim on appeal from the above judgment of conviction, we would find that the sentence was not excessive (*People* v. *Santiago*, 39 A D 2d 753). Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.